Dr. Susan KEGERISE, Respondent

v.

Kathy L. DELGRANDE, John F. Dietrich, Clifton D. Edwards, Carol L. Karl, Jesse Rawls, Sr., Dr. Peter J. Sakol, Helen D. Spence, and Mark Y. Sussman, in their Official Capacity, Petitioners

No. 877 MAL 2016

Supreme Court of Pennsylvania.

May 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of May, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

a. Whether the Commonwealth Court majority's holding that a claim of constructive discharge does not require actual resignation conflicts with the United State Supreme Court's holdings in *Green v. Brennan*, 136 S.Ct. 1769 (2016) and *Pennsylvania State Police v. Suders*, 124 S.Ct. 2342 (2004)[?]

b. Whether the Commonwealth Court majority's holding that a claim of constructive discharge does not require actual resignation conflicts with this Court's decision in *Pennsylvania Labor Relations Bd. v. Sand's Ret. Corp.*, 240 A.2d 801 (Pa. 1968) or the Superior Court's decisions in *Kroen v. Bedway Sec. Agency, Inc.*, 633 A.2d 628 (Pa. Super 1993) and its progeny[?]

c. Whether the Commonwealth Court majority erred as a matter of law and so abused its discretion as to call for this Court's review in concluding that Kegerise had a clear right to relief in mandamus pursuant to Section 1080 of the Public School Code, even though Section 1080 is silent as to the District's obligations in the face of a superintendent's resignation[?]